*sistant Attorney General Samuel O. Clark, Jr.*, and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 641. AETNA LIFE INSURANCE Co. *v.* BARNETT ET AL.;
No. 642. AETNA LIFE INSURANCE Co. *v.* SAVINGS INVESTMENT & TRUST Co.; and
No. 643. EQUITABLE LIFE ASSURANCE SOCIETY *v.* BARNETT. March 6, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward A. Markley* for petitioners. *Mr. Josiah Stryker* for respondents in Nos. 641 and 643. *Mr. Arthur T. Vanderbilt* for respondent in No. 642.

No. 646. BIRMINGHAM CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Russell D. Morrill* and *Francis L. Casey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Newton K. Fox,* and *Robert L. Stern,* and *Miss Helen R. Carloss* for respondent.

No. 650. CONVEY *v.* OMAHA NATIONAL BANK. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard C. Meissner* for petitioner.

No. 652. CLEO SYRUP CORP. *v.* COCA-COLA COMPANY. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*